**IN DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS, ST. JOHN & ST. CROIX**

IN RE:

| | | |
|---|---|---|
| **JODI VAN RAY** | : Bankruptcy No. | **313-30001-MFW** |
| | : | |
| **Debtor** | : Chapter 7 | |

# ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE

It appearing to the Court that **Kevin F. D'Amour, Trustee** in the above entitled cause has filed his report of no distribution and that said Trustee has performed all other and further duties required of him in the administration of said estate;

It is ordered that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and he hereby is discharged from and relieved of his trust; and that the bond of the said Trustee be and it hereby is canceled and the surety or sureties thereon, be and they hereby are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

BY THE COURT

Dated: August 22, 2013

Mary L. Walrath
U.S. Bankruptcy Judge